Bachecki, Crom & Co., LLP, CPA's
Kimberly J. Lam, CPA
180 Montgomery Street, Suite 2340
San Francisco, CA 94104-4203
Telephone: (415) 398-3534


Accountants for E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PAUL EARNEST GUEST,

        Debtor(s).

Case No. 10-30533
Chapter 7

FINAL APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

TO: THE HONORABLE DENNIS MONTALI

    UNITED STATES BANKRUPTCY JUDGE:

      The application of Bachecki, Crom & Co., LLP Certified Public Accountants, respectfully represents:

      Applicant is a firm of certified public accountants, duly authorized to practice in the State of California.

      Pursuant to order of the Court, applicant was employed as accountants for E. Lynn Schoenmann, Trustee in the above entitled case on November 22, 2011. Attached is a copy of the order (Exhibit A).

      This application seeks compensation for the period November 17, 2011 through February 12, 2013. Applicant neither requested nor received any prior compensation nor reimbursement in the case.

Page 1

## REQUEST FOR COMPENSATION

Applicant spent 26.10 total hours of the time of accountants and associate employees, in performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached pages, for the sixteen month period from November 2011 through February 2013. Applicant represents that it rendered timely, extensive and thorough services in accordance with requirements of the case and to enable prompt administration.

Applicant respectfully submits that the sum of $6,878.50 constitutes reasonable compensation for its services rendered and to be rendered to the Trustee during this period of time, based on applicant's generally applicable rates at the times when the services were rendered. Applicant requests reimbursement of costs incurred of $96.71. Applicant discloses that it charges $.20 per page for copying costs, applicant requests that this sum be authorized for payment in full at this time.

No agreement has been made by any member of applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons. Applicant has not entered into any agreements, written or oral, express or implied, with any other party interest in the above-entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the estate of the above-named debtors.

## DESCRIPTION OF SERVICES

The following narrative description is not intended to be all-inclusive, but reflects only major points of the services.

<u>Income Tax Analysis, Return Preparation, Tax Claims and Administration</u>

Applicant consulted with the Trustee and Trustee's Counsel regarding potential income tax consequences arising from administration of the real property interest of the Debtor.

Applicant drafted its declaration, and the Trustee's application to employ accountant and a proposed order of employment.

Applicant requested and reviewed prior tax returns from the Franchise Tax Board.

Page 2

Applicant reviewed prior filed tax returns for tax attributes, fiscal year, taxpayer identification information and tax filing jurisdictions and requirements.

Applicant prepared a tax and cash flow analysis for the 2833 Homedale Road, Klamath Falls, OR real property that was sold on October 17, 2012. Applicant determined gain on sale of real property and identified administrative expenses available to offset gains incurred.

Applicant prepared the first and final Federal and California income tax returns for fiscal year ended October 31, 2012.

Applicant prepared disclosure statements to accompany the income tax returns indicating Debtor's bankruptcy filing and use of Debtor records to prepare returns. Applicant prepared a request for prompt assessment by the Internal Revenue Service and California Franchise Tax Board.

Applicant reviewed IRS and FTB priority tax claims regarding 2008 and 2009 income taxes and determined the amounts were reasonable based upon filed returns.

## CONCLUSION

WHEREFORE, applicant prays that hearing be held on notice to creditors, and that the Court allow and authorize payment to applicant of the sum of $6,878.50 as compensation for services rendered to the Trustee and the sum of $96.71 as costs; that the Court approve all prior interim compensation as final compensation, and for such further and other order as may be just and proper in the premises.

## CERTIFICATION

Under penalties of perjury, pursuant to the laws of the United States, I declare that I have read this document, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the United States Bankruptcy Court, Northern District of California Guidelines for compensation and expense reimbursement of professionals, except as specifically noted in the application. Compensation and expense reimbursement requested are billed at rates in accordance with

practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

DATED: February 13, 2013

        BACHECKI, CROM & CO., LLP
        Certified Public Accountants

        By /s/Kimberly J. Lam
        Kimberly J. Lam
        Accountants for E. Lynn Schoenmann, Trustee

Page 4

## TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION

(U.S. Trustee Guidelines, ¶2.2.2)

I, E. Lynn Schoenmann, hereby certify that I have read the foregoing fee application of Bachecki, Crom & Co., LLP Certified Public Accountants, accountant for me as Trustee in the foregoing bankruptcy case of PAUL EARNEST GUEST, case number 10-30533, and I have no objections to that fee application or the fees and costs requested therein.

Dated: February 13, 2013

/s/ E. Lynn Schoenmann
E. Lynn Schoenmann, Trustee

## PROOF OF SERVICE

I, the undersigned, declare: I am over the age of eighteen (18) years and not a party to the within action. My business address is 180 Montgomery Street, Suite 2340, San Francisco, California 94104-4203. On the date set forth below, I caused to be served a true copy of the following document(s):

APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

on each of the following parties:

> Office of the U.S. Trustee
> 235 Pine Street, Suite 700
> San Francisco, CA 94104
> Patricia.Martin@usdoj.gov

by electronic mail to the email address shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2013, at San Francisco, California.

/s/ MeiLin Sanchez
MeiLin Sanchez

Page 6



Gerald W. Bachecki
Jay D. Crom
Kimberly J. Lam

Robert A. Block (1944-1992)

**BACHECKI, CROM & CO., LLP**
Consultants and Certified Public Accountants
180 Montgomery Street, Suite 2340
San Francisco, CA 94104
www.bachcrom.com

Tel. (415) 398-3534
Fax (415) 788-0855
bachcrom@bachcrom.com

February 13, 2013

E. Lynn Schoenmann, Trustee
P O Box 26270
San Francisco, CA 94126

**Re:** PAUL E. GUEST
**Case Number:** 10-30533

Dear Lynn:

Pursuant to U.S. Trustee Guidelines ¶2.2.2, here is a draft of our final fee application for the above case for your review.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If the application meets your approval, please sign the Trustee's Statement re: Review of Fee Application and fax back to us.

Please call if you have any questions or you can email me directly at klam@bachcrom.com.

Sincerely,

/s/Kimberly J. Lam
    Kimberly J. Lam
BACHECKI, CROM & CO., LLP


Enclosure(s)