UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
GUEST, PAUL EARNEST                   §         Case No. 10-30533 SDM
                                      §
                 Debtor(s)            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The case was converted to one under Chapter 7 on           . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case: 10-30533   Doc# 131   Filed: 07/19/13   Entered: 07/19/13 11:39:27   Page 1 of 14

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/E. LYNN SCHOENMANN_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 10-30533 SDM Judge: DENNIS MONTALI | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|
| Case Name: | GUEST, PAUL EARNEST | Date Filed (f) or Converted (c): | 05/27/11 (c) |
| | | 341(a) Meeting Date: | 06/29/11 |
| For Period Ending: | 03/20/13 | Claims Bar Date: | 06/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 2103 BUSH STREET SAN FRANCISCO CA | 1,800,000.00 | 0.00 | OA | 0.00 | FA | 1,880,177.00 | 0.00 |
| [04/14/10: lien per amended schedules; Doc#11] | | | | | | | |
| [02/22/12: Order authorizing abandonment Doc#84] | | | | | | | |
| 2. 5120 SUNSET RIDGE RD, KLAMATH FALLS OR | 1,900,000.00 | 0.00 | | 0.00 | FA | 1,500,000.00 | 0.00 |
| [04/14/10: petition value per amended schedules; Doc#11] | | | | | | | |
| [trustee is investigating saleability of property; per broker in Klamath Falls we should sell for $50K - $60K; property determined to be underwater and foreclosed on] | | | | | | | |
| 3. CASH | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| Debtor Claimed Exemption | | | | | | | |
| 4. CHECKING ACCT: STERLING BANK | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| Debtor Claimed Exemption | | | | | | | |
| 5. FURNITURE AND FURNISHINGS: RESIDENCE | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| Debtor Claimed Exemption | | | | | | | |
| 6. CLOTHING AND ACCESSORIES | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| Debtor Claimed Exemption | | | | | | | |
| 7. COSTUME JEWELRY | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| Debtor Claimed Exemption | | | | | | | |
| 8. 1983 CADILLAC (150,000 MI) | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| Debtor Claimed Exemption | | | | | | | |
| 9. 2000 JAGUAR VANDERPLAS (80,000 MI) | 4,950.00 | 0.00 | | 0.00 | FA | 0.00 | 3,225.00 |
| [exemption per schedules amended 04/14/10] [abandonned - not enough equity] | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |
| 10. 2833 HOMEDALE RD, KLAMATH FALLS OF (u) | 77,810.00 | 51,000.00 | | 51,104.89 | FA | 0.00 | 17,200.00 |
| [04/14/10: added per amended schedules; Doc#11] | | | | | | | |
| [10/31/12: Report of Sale; Doc#104] | | | | | | | |
| 11. VACANT LOT ON BAINBRIDGE ISLAND WA (u) | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

Case No: 10-30533 SDM Judge: DENNIS MONTALI    Trustee Name: E. LYNN SCHOENMANN
Case Name: GUEST, PAUL EARNEST    Date Filed (f) or Converted (c): 05/27/11 (c)
341(a) Meeting Date: 06/29/11
Claims Bar Date: 06/13/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| [04/14/10: added per amended schedules; Doc#11] [this lot determined to have minimal value, not worth pursuing] | | | | | | | |
| 12. CLAIM AGAINST BELLET CONSTRUCTION (u) | 300,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [04/14/10: added per amended schedules; Doc#11] [this claim determined to be worthless, it was a construction defect claim and the property was severely underwater and the claim was in question] | | | | | | | |
| 13. OREGON INCOME TAX REFUND (u) | 0.00 | 2,040.00 | | 2,040.00 | FA | 0.00 | 0.00 |
| [requested by estate accountant] | | | | | | | |
| 14. CHECKING ACCOUNT: WELLS FARGO (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [04/14/10: added per amended schedules; Doc#11] | | | | | | | |
| 15. FURNITURE/ FURNISHINGS: HOMEDALE HOUSE (u) | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| [04/14/10: added per amended schedules; Doc#11] | | | | | | | |

TOTALS (Excluding Unknown Values)    $4,102,860.00    $53,040.00    $53,144.89    Gross Value of Remaining Assets $0.00    $3,380,177.00    $30,525.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/20/13: TFR; await Final Hearing date/time

Initial Projected Date of Final Report (TFR): 02/17/12    Current Projected Date of Final Report (TFR): 03/30/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-30533 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|---|
| Case Name: | GUEST, PAUL EARNEST | | Bank Name: | PREFERRED BANK |
| | | | Account Number / CD #: | *******0509 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1701 | | | |
| For Period Ending: | 03/20/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 10/20/12 | | FIRST AMERICAN TITLE CO OF OREGON | SALE PROCEEDS-HOMEDALE RD, K FALLS [CK#3002 dated 03/20/13 for $17,200 represents non-compensable receipts and is taken off the calculation in this transaction] | | 40,622.97 | | 40,622.97 |
| | 10 | FIRST AMERICAN TITLE CO OF OREGON | Memo Amount: 51,104.89 GROSS SALE PROCEEDS-HOMEDALE RD [TOTAL EXPENSE = 10,481.92] | 1210-000 | | | |
| | | APODACA PIERCE & ASSOC | Memo Amount: ( 1,530.00 ) 3% COMMISSION IN SALE OF HOMEDALE | 3510-000 | | | |
| | | FISHER NICHOLSON REALTORS | Memo Amount: ( 1,530.00 ) 3% COMMISSION IN SALE OF HOMEDALE | 3510-000 | | | |
| | | TAXES IN SALE OF HOMEDALE PROPERTY | Memo Amount: ( 6,159.23 ) TAXES IN SALE OF OREGON PROPERTY | 4110-000 | | | |
| | | FIRST AMERICAN TITLE CO OF OREGON | Memo Amount: ( 1,262.69 ) MISC COSTS: SALE OF OREGON PROPERTY | 2500-000 | | | |
| C 01/14/13 | 003001 | INTERNATIONAL SURETIES, LTD 701 Poydras St., Ste 420 New Orleans, LA 70139 | Bond# 016048574 | 2300-000 | | 74.47 | 40,548.50 |
| C 02/12/13 | | PREFERRED BANK | BANK ADMIN SVC FEES | 2600-000 | | 42.29 | 40,506.21 |
| C 02/20/13 | 13 | OREGON DEPT OF REVENUE | State Income Refund | 1224-000 | 2,040.00 | | 42,546.21 |
| 03/20/13 | 003002 | ESTATE OF PAUL EARNEST GUEST % Daniel Conrad 1550 Bryant St., Ste. 760 San Francisco, CA 94103 | Debtors' Exemption | 8100-000 | | 17,200.00 | 25,346.21 |
| | | | | Page Subtotals | 42,662.97 | 17,316.76 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-30533 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
| Case Name: | GUEST, PAUL EARNEST | | Bank Name: | PREFERRED BANK |
| | | | Account Number / CD #: | *******0509 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1701 | | | |
| For Period Ending: | 03/20/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 51,104.89 | COLUMN TOTALS | 42,662.97 | 17,316.76 | 25,346.21 |
| Memo Allocation Disbursements: | 10,481.92 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 42,662.97 | 17,316.76 | |
| Memo Allocation Net: | 40,622.97 | Less: Payments to Debtors | | 17,200.00 | |
| | | Net | 42,662.97 | 116.76 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 51,104.89 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 10,481.92 | Checking Account (Non-Interest Earn - ********0509) | 42,662.97 | 116.76 | 25,346.21 |
| Total Memo Allocation Net: | 40,622.97 | | 42,662.97 | 116.76 | 25,346.21 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Case: 10-30533   Doc# 131   Filed: 07/19/13   Entered: 07/19/13 11:39:27   Page 6 of 14

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 20, 2013

Case Number: 10-30533
Debtor Name: GUEST, PAUL EARNEST

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000 2950-00 | UNITED STATES TRUSTEE<br>US DEPT OF JUSTICE<br>235 PINE ST STE 700<br>SAN FRANCISCO CA 94104-2736 | Administrative | | $0.00 | $651.79 | $651.79 |
| 001 3210-00 | GOLDBERG STINNETT DAVIS & LINCHEY<br>DANIEL M LINCHEY ESQ<br>44 MONTGOMERY ST STE 850<br>SAN FRANCISCO CA 94104-4803 | Administrative | | $0.00 | $11,000.00 | $11,000.00 |
| 001 3220-00 | GOLDBERG STINNETT DAVIS & LINCHEY<br>DANIEL M LINCHEY ESQ<br>44 MONTGOMERY ST STE 850<br>SAN FRANCISCO CA 94104-4803 | Administrative | | $0.00 | $679.16 | $679.16 |
| 001 3410-00 | BACHECKI CROM & CO<br>CERTIFIED PUBLIC ACCOUNTANTS<br>180 MONTGOMERY ST STE 2340<br>SAN FRANCISCO CA 94104 | Administrative | | $0.00 | $6,878.50 | $6,878.50 |
| 001 3420-00 | BACHECKI CROM & CO<br>CERTIFIED PUBLIC ACCOUNTANTS<br>180 MONTGOMERY ST STE 2340<br>SAN FRANCISCO CA 94104 | Administrative | | $0.00 | $96.71 | $96.71 |
| ASSET 10 001 3510-00 | APODACA PIERCE & ASSOC | Administrative | | $0.00 | $1,530.00 | $1,530.00 |
| ASSET 10 001 3510-00 | FISHER NICHOLSON REALTORS | Administrative | | $0.00 | $1,530.00 | $1,530.00 |
| ASSET 10 004 2500-00 | FIRST AMERICAN TITLE CO OF OREGON | Administrative | | $0.00 | $1,262.69 | $1,262.69 |
| FEES 004 2690-00 | PREFERRED BANK | Administrative | | $0.00 | $42.29 | $42.29 |
| 000003 045 5800-00 | IRS: AMENDED BY CLAIM #05<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | Priority | | $0.00 | $0.00 | $0.00 |
| 000005 045 5800-00 | INTERNAL REVENUE SERVICE<br>POB 7317<br>PHILADELPHIA PA 19101-7317 | Priority | | $0.00 | $11,338.29 | $11,338.29 |

Case: 10-30533  Doc# 131  Filed: 07/19/13  Entered: 07/19/13 11:39:27  Page 7 of 14

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 20, 2013

Case Number: 10-30533
Debtor Name: GUEST, PAUL EARNEST

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 A 045 5800-00 | FRANCHISE TAX BOARD: AMENDED TO ZERO BANKRUPTCY SECTION MS A340 POB 2952 SACRAMENTO CA 95812-2952 | Priority | | $0.00 | $0.00 | $0.00 |
| 999 8100-00 | ESTATE OF PAUL EARNEST GUEST % Daniel Conrad 1550 Bryant St., Ste 760 San Francisco, CA 94103 | Unsecured | | $0.00 | $17,200.00 | $17,200.00 |
| 000001 070 7100-00 | WELLS FARGO BANK NA C/O WELLS FARGO CARD SERVICES RECOVERY DEPARTMENT POB 9210 DES MOINES IA 50306 | Unsecured | | $0.00 | $32,431.91 | $32,431.91 |
| 000002 070 7100-00 | WELLS FARGO BANK NA C/O WELLS FARGO CARD SERVICES RECOVERY DEPARTMENT POB 9210 DES MOINES IA 5030 | Unsecured | | $0.00 | $26,485.24 | $26,485.24 |
| 000004 070 7100-00 | PNC BANK POB 94982 CLEVELAND OH 44101 | Unsecured | | $0.00 | $294,086.29 | $294,086.29 |
| 000007 070 7100-00 | WELLS FARGO BANK NA WELLS FARGO BANK POB 5058 MAC P6053-021 PORTLAND OR 97208 | Unsecured | | $0.00 | $434.89 | $434.89 |
| 000008 070 7100-00 | WELLS FARGO BANK NA POB 10438 DES MOINES IA 50306-0438 | Unsecured | | $0.00 | $2,093.98 | $2,093.98 |
| 000009 070 7100-00 | HSBC BANK NEVADA NA BASS & ASSOCIATES PC 3936 E FT LOWELL RD STE 200 TUCSON AZ 85712 | Unsecured | | $0.00 | $22,529.89 | $22,529.89 |
| 000011 070 7100-00 | GE MONEY BANK CARE OF RECOVERY MGMT SYSTEMS CORP DBA CHEVRON TEXACO PLCC 25 SE 2ND AVE STE 1120 MIAMI FL 33131 | Unsecured | | $0.00 | $76.21 | $76.21 |
| 000012 070 7100-00 | CITIBANK NA - DISALLOWED DOC#106 701 EAST 60TH ST NORTH SIOUX FALLS SD 57117 | Unsecured | | $0.00 | $0.00 | $0.00 |

CREGIS2   UST Form 101-7-TFR (5/1/2011) (Page: 8)   Printed: 03/20/13 02:42 PM   Ver: 17.01
Case: 10-30533   Doc# 131   Filed: 07/19/13   Entered: 07/19/13 11:39:27   Page 8 of 14

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 20, 2013

Case Number: 10-30533
Debtor Name: GUEST, PAUL EARNEST

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 B 070 7100-00 | FRANCHISE TAX BOARD: AMENDED TO ZERO BANKRUPTCY SECTION MS A340 POB 2952 SACRAMENTO CA 95812-2952 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000014 070 7100-00 | FIA CARD SERVICES, NA/BofA: WITHDRAWN BY AMERICAN INFOSOURCE LP AS ITS AGENT POB 248809 OKLAHOMA CITY OK 73124-8809 | Unsecured | | $65,000.00 | $0.00 | $0.00 |
| 000016 070 7100-00 | FIA CARD SERVICES NA: WITHDRAWN POB 15102 WILMINGTON DE 19886-5102 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000006 050 4110-00 | JPMORGAN CHASE BANK - DISALLOWED , NATIONAL ASSOC C/O PITE DUNCAN LLP 4375 JUTLAND DR STE 200 POB 17933 SAN DIEGO CA 92177-0933 | Secured | | $1,500,000.00 | $1,323,661.69 | $0.00 |
| 000010 050 4110-00 | CITY/ COUNTY OF SF - DISALLOWED BUREAU DELINQUENT REVENUE/BANKRUPTCY POB 7426 SAN FRANCISCO CA 94120-7426 | Secured | | $0.00 | $1,618.54 | $0.00 |
| 000015 050 4110-00 | KLAMATH COUNTY TAX - DISALLOWED COLLECTOR JASON A LINK 305 MAIN ST RM 121 KLAMATH FALLS OR 97601 | Secured | | $0.00 | $3,708.70 | $0.00 |
| 000017 050 4110-00 | CITY AND COUNTY OF SF - DISALLOWED TREASURER AND TAX COLLECTOR BUREAU OF DELINQUENT REVENUE POB 7426 SAN FRANCISCO CA 94120 7426 | Secured | | $0.00 | $5,714.67 | $0.00 |
| ASSET 10 050 4110-00 | TAXES IN SALE OF HOMEDALE PROPERTY | Secured | | $1,600,000.00 | $6,159.23 | $6,159.23 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 20, 2013

Case Number: 10-30533
Debtor Name: GUEST, PAUL EARNEST

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $3,165,000.00 | $1,771,210.67 | $436,507.07 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

CREGIS2    UST Form 101-7-TFR (5/1/2011) (Page: 10)    Printed: 03/20/13 02:42 PM    Ver: 17.01

Case: 10-30533    Doc# 131    Filed: 07/19/13    Entered: 07/19/13 11:39:27    Page 10 of 14

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-30533 SDM
Case Name: GUEST, PAUL EARNEST
Trustee Name: E. LYNN SCHOENMANN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | JPMORGAN CHASE BANK - DISALLOWED | $ | $ | $ | $ |
| 000010 | CITY/ COUNTY OF SF - DISALLOWED | $ | $ | $ | $ |
| 000015 | KLAMATH COUNTY TAX - DISALLOWED | $ | $ | $ | $ |
| 000017 | CITY AND COUNTY OF SF - DISALLOWED | $ | $ | $ | $ |
| ASSET 10 | TAXES IN SALE OF HOMEDALE PROPERTY | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ | $ | $ |

Case: 10-30533  Doc# 131  Filed: 07/19/13  Entered: 07/19/13 11:39:27  Page 11 of 14

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: E. LYNN SCHOENMANN | $ | $ | $ |
| Attorney for Trustee Fees: GOLDBERG STINNETT DAVIS & LINCHEY | $ | $ | $ |
| Attorney for Trustee Expenses: GOLDBERG STINNETT DAVIS & LINCHEY | $ | $ | $ |
| Accountant for Trustee Fees: BACHECKI CROM & CO | $ | $ | $ |
| Accountant for Trustee Expenses: BACHECKI CROM & CO | $ | $ | $ |
| Fees: UNITED STATES TRUSTEE | $ | $ | $ |
| Other: FIRST AMERICAN TITLE CO OF OREGON | $ | $ | $ |
| Other: PREFERRED BANK | $ | $ | $ |
| Other: APODACA PIERCE & ASSOC | $ | $ | $ |
| Other: FISHER NICHOLSON REALTORS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | IRS: AMENDED BY CLAIM #05 | $ | $ | $ |
| 000005 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000013 A | FRANCHISE TAX BOARD: AMENDED TO ZERO | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | WELLS FARGO BANK NA | $ | $ | $ |
| 000002 | WELLS FARGO BANK NA | $ | $ | $ |
| 000004 | PNC BANK | $ | $ | $ |
| 000007 | WELLS FARGO BANK NA | $ | $ | $ |
| 000008 | WELLS FARGO BANK NA | $ | $ | $ |
| 000009 | HSBC BANK NEVADA NA | $ | $ | $ |
| 000011 | GE MONEY BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | CITIBANK NA - DISALLOWED DOC#106 | $ | $ | $ |
| 000013 B | FRANCHISE TAX BOARD: AMENDED TO ZERO | $ | $ | $ |
| 000014 | FIA CARD SERVICES, NA/BofA: WITHDRAWN | $ | $ | $ |
| 000016 | FIA CARD SERVICES NA: WITHDRAWN | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE