UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GUEST, PAUL EARNEST § Case No. 10-30533 SDM
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that E. LYNN SCHOENMANN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK, US BANKRUPTCY COURT
        NORTHERN DISTRICT OF CALIFORNIA
        235 PINE ST 19TH FL
        SAN FRANCISCO CA 94104

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on in Courtroom ,
        NORTHERN DISTRICT OF CALIFORNIA
        235 PINE ST 19TH FL
        SAN FRANCISCO CA 94104

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: To Be Mailed By The Court_____

E. LYNN SCHOENMANN
PO BOX 26270
SAN FRANCISCO, CA 94126-6270

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: §
§
§
GUEST, PAUL EARNEST § Case No. 10-30533 SDM
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | JPMORGAN CHASE BANK - DISALLOWED | $ | $ | $ | $ |
| 000010 | CITY/ COUNTY OF SF - DISALLOWED | $ | $ | $ | $ |
| 000015 | KLAMATH COUNTY TAX - DISALLOWED | $ | $ | $ | $ |
| 000017 | CITY AND COUNTY OF SF - DISALLOWED | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| ASSET 10 | TAXES IN SALE OF HOMEDALE PROPERTY | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ | $ | $ |
| Trustee Expenses: E. LYNN SCHOENMANN | $ | $ | $ |
| Attorney for Trustee Fees: GOLDBERG STINNETT DAVIS & LINCHEY | $ | $ | $ |
| Attorney for Trustee Expenses: GOLDBERG STINNETT DAVIS & LINCHEY | $ | $ | $ |
| Accountant for Trustee Fees: BACHECKI CROM & CO | $ | $ | $ |
| Accountant for Trustee Expenses: BACHECKI CROM & CO | $ | $ | $ |
| Fees: UNITED STATES TRUSTEE | $ | $ | $ |
| Other: FIRST AMERICAN TITLE CO OF OREGON | $ | $ | $ |
| Other: PREFERRED BANK | $ | $ | $ |
| Other: APODACA PIERCE & ASSOC | $ | $ | $ |
| Other: FISHER NICHOLSON REALTORS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | IRS: AMENDED BY CLAIM #05 | $ | $ | $ |
| 000005 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000013 A | FRANCHISE TAX BOARD: AMENDED TO ZERO | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | WELLS FARGO BANK NA | $ | $ | $ |
| 000002 | WELLS FARGO BANK NA | $ | $ | $ |
| 000004 | PNC BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | WELLS FARGO BANK NA | $ | $ | $ |
| 000008 | WELLS FARGO BANK NA | $ | $ | $ |
| 000009 | HSBC BANK NEVADA NA | $ | $ | $ |
| 000011 | GE MONEY BANK | $ | $ | $ |
| 000012 | CITIBANK NA - DISALLOWED DOC#106 | $ | $ | $ |
| 000013 B | FRANCHISE TAX BOARD: AMENDED TO ZERO | $ | $ | $ |
| 000014 | FIA CARD SERVICES, NA/BofA: WITHDRAWN | $ | $ | $ |
| 000016 | FIA CARD SERVICES NA: WITHDRAWN | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/E LYNN SCHOENMANN
            TRUSTEE

E. LYNN SCHOENMANN  
PO BOX 26270  
SAN FRANCISCO, CA 94126-6270

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.